JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Mary Ann Minervino, etc. v. Pfizer, Inc., et al.*, D. Connecticut, C.A. No. 3:04-1230
*Edward Reott, et al. v. Pfizer, Inc.*, W.D. Pennsylvania, C.A. No. 2:05-359
*Ruth Smith, etc. v. Pfizer, Inc., et al.*, M.D. Tennessee, C.A. No. 3:05-444

### CONDITIONAL TRANSFER ORDER (CTO-10)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 56 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 13 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00359-JFC

REOTT, et al v. PFIZER INC.
Assigned to: Judge Joy Flowers Conti
Demand: $75000
Case in other court: Allegheny County, GD05-2748
Cause: 28:1441 Notice of Removal-Product Liability

Date Filed: 03/17/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

EDWARD REOTT     represented by **Alexander J. Jamiolkowski**
Egan & Jamiolkowski
428 Forbes Avenue
1609 Lawyers Building
Pittsburgh, PA 15219
(412) 765-2120
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CAROL REOTT     represented by **Alexander J. Jamiolkowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

PFIZER INC.     represented by **James E. Murray**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Rouhandeh**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Caruso**
Montgomery, McCracken, Walker &
Rhoads
123 South Broad Street
24th Floor
Philadelphia, PA 19109
(215) 772-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Frazier, IV**
Montgomery, McCracken, Walker &
Rhoads
123 South Broad Street
24th Floor
Philadelphia, PA 19109
(215) 772-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard G. Placely**
Montgomery, McCracken, Walker &
Rhoads
123 South Broad Street
24th Floor
Philadelphia, PA 19109
(215) 772-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2005 | 1 | NOTICE OF REMOVAL by PFIZER INC. from Court of Common Pleas of Allegheny County with copy of Praecipe for Writ of Summons at No. GD 05-2748 attached. FILING FEE $ 250.00 RECEIPT # 05002665 (tt) (Entered: 03/17/2005) |
| 03/18/2005 | 2 | DISCLOSURE statement by PFIZER INC. (ksa) (Entered: 03/18/2005) |
| 03/28/2005 | 3 | ORDER ON MOTION PRACTICE dated 3/28/05 as stated more fully in order. ( signed by Judge Joy F. Conti on 3/28/05 ) CM all parties of record. (plh) (Entered: 03/28/2005) |
| 05/27/2005 | 4 | COMPLAINT with jury demand by EDWARD REOTT and CAROL REOTT (tt) (Entered: 05/31/2005) |
| 06/17/2005 | 5 | Stipulation by EDWARD REOTT, CAROL REOTT, PFIZER INC. Extending Time for deft to answer until 7/20/05 . (tt) (Entered: |

| | | |
|---|---|---|
| | | 06/17/2005) |
| 06/17/2005 | | Deadline updated; set Answer deadline to 7/20/05 for PFIZER INC. (tt) (Entered: 06/17/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2005 15:49:47 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-00359-JFC |
| Billable Pages: | 1 | Cost: | 0.08 |